# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Dale Kadoun and Erika Lucia Jurado Contreras, individually, and as Personal Representatives of the Estate of Luis Alejandro Garcia Jurado, | )<br>)<br>)<br>) |
| Plaintiffs, | ) **ORDER** |
| vs. | ) |
| Patten Westgor LLP, a Montana Corporation, and Piper Properties, Inc., a North Dakota Corporation, | )<br>)<br>) |
| Defendants. | ) Case No. 4-15-cv-138 |

Before the court is the parties "Agreed Amendment to Scheduling Discovery Plan." (Docket No. 21). In the order, the parties ask the court to extend various deadlines regarding discovery and expert witnesses based upon unforseen complications with the Plaintiffs' expert witness.

The hereby **ADOPTS** the parties stipulation without change or modification. The Scheduling/Discovery Order (Docket No. 9) shall be amended in the following respects:

1. The Plaintiff's expert disclosure deadline shall be extended until November 4, 2016. The Defendants' expert disclosure deadline shall be extended until December 9, 2016.

2. The discovery deadline is extended until January 13, 2017.

3. Plaintiffs agree to notify Defendants' counsel a reasonable time before trial if Plaintiffs intended to call Jesus Garcia Jurado, a minor, as a witness at trial. If Plaintiffs elect to call Jesus Garcia Jurado as a witness at trial, Defendants

shall be allowed to take his deposition prior to trial if they elect to do so, even if said deposition is taken after the discovery deadline.

4. The expert deposition deadline is extended until February 24, 2017.

5. The dispostive motion deadline is extended until January 13, 2017.

6. The deadline for mediation is extended until December 31, 2016.

All other provisions of the original Scheduling/Discovery Order shall remain in effect unchanged.

**IT IS SO ORDERED.**

Dated this 5th day of October, 2016.

> /s/ Charles S. Miller, Jr.
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court